UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-3930 PA (MARx) | Date | June 5, 2023 |
|---|---|---|---|
| Title | Clean Water SoCal, et al. v. United States Environmental Protection Agency, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS—ORDER TO SHOW CAUSE

According to the Complaint filed by plaintiffs Clean Water SoCal and Central Valley Clean Water Association ("CVCWA") (collectively "Plaintiffs"), there is currently a challenge pending in state court concerning the toxicity provisions at issue in this action. (See Compl. ¶ 9.) That state court challenge appears to have been commenced by CVCWA and others in Fresno Superior Court, Case No. 22CECG02195. The Complaint in this action also references prior litigation involving Plaintiffs and defendant United States Environmental Protection Agency ("EPA"). (Id. ¶ 37.) Those prior actions were commenced and litigated in the United States District Court for the Eastern District of California, Case Nos. CV 14-1513 MCE (DBx) and CV 16-2960 MCE (DBx). Additionally, the evidence of imminent irreparable harm relied upon by Plaintiffs in support of their Motion for Preliminary Injunction relies exclusively on harm that will be suffered by the CVCWA's members, who are located primarily within the jurisdiction of the United States District Court for the Eastern District of California ("Eastern District of California").

Because Plaintiffs have filed all of the prior litigation related to the issues raised in this action in the state and federal courts located in the Eastern District of California, it is unclear why this action was filed in the Central District of California. Indeed, it appears that Plaintiffs may have selected this forum to avoid a court that has already developed significant knowledge about the issues presented in this action. The Court therefore orders the parties to show cause in writing why this action should not be transferred to the Eastern District of California, for the convenience of the parties and witnesses, and in the interests of justice. See 28 U.S.C. §§ 1404. All factual matters relied upon in the parties' submissions must be supported by appropriate declarations and admissible evidence.

To assist the Court in determining whether transfer is appropriate and in the interest of justice, the parties are directed to address the following, in addition to sharing their beliefs as to which forum is more convenient for the parties and witnesses:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-3930 PA (MARx) | Date | June 5, 2023 |
|---|---|---|---|
| Title | Clean Water SoCal, et al. v. United States Environmental Protection Agency, et al. | | |

1. Whether this action could have been brought in the Eastern District;

2. Whether venue is appropriate in the Eastern District;

3. What contacts, if any, each of the parties has to the Central District and the Eastern District;

4. What connection Plaintiffs' cause of action has to the Central District and the Eastern District;

5. Which witnesses are expected to be called and where they reside;

6. The availability of compulsory process to compel attendance of unwilling non-party witnesses in the Central District as compared to the Eastern District;

7. The ease of access to sources of proof in each of the forums;

8. The expected difference in the cost of litigation in the Central District as compared to the Eastern District;

9. Whether there are any alternative forums, other than the Central District and Eastern District that would be more convenient for this action, keeping in mind the foregoing inquiries; and

10. Whether transfer to the Eastern District would be in the interests of justice or promote the efficient use of judicial resources.

The parties are ordered to file a written response to this Order to Show Cause by no later than June 12, 2023. Failure to timely and adequately respond to this Order may result in the transfer of this action to the Eastern District without further warning.

IT IS SO ORDERED.