PHILLIP A. TALBERT
United States Attorney
CHI SOO KIM (CA Bar No. 232346)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Chi.Soo.Kim@usdoj.gov
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

TODD KIM
Assistant Attorney General
Environmental & Natural Resources Division
United States Department of Justice
ALEXANDER PURPURO (FL Bar No. 1025872)
Trial Attorney, Environmental Defense Section
601 D Street N.W., Suite 8000
Washington, D.C. 20004
Alexander.Purpuro@usdoj.gov
Telephone: (202) 553-5230
Facsimile: (202) 514-8865

Attorneys for Defendants United States
Environmental Protection Agency and
U.S. EPA Region IX Water Division Director
Tomás Torres

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAN WATER SOCAL and CENTRAL VALLEY CLEAN WATER ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and TOMÁS TORRES, DIRECTOR, WATER DIVISION OF UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION IX,<br><br>Defendants. | CASE NO. 2:23-cv-03930 PA (MAR)<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 3, 2023<br>Time: 1:30PM<br>Courtroom: 9A, First Street Courthouse<br>Judge: Honorable Percy Anderson |

1 | Pursuant to Local Rule 5-4.4.1 and this Court's Standing Order, ECF No. 9,
2 | Defendants United States Environmental Protection Agency and Region IX Water
3 | Division Director Tomás Torres respectfully submit this Notice of Lodging and attached
4 | Proposed Order denying Plaintiffs' Motion for Preliminary Injunction to accompany
5 | Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction.

Dated: June 15, 2023

TODD KIM
Assistant Attorney General

By: /s/ *Alexander Purpuro*
ALEXANDER PURPURO
Trial Attorney

*Clean Water SoCal v. U.S. EPA*, No. 2:23-cv-03930 PA-MAR
Notice of Lodging of [Proposed] Order Denying Plaintiffs' Motion for Preliminary Injunction

1